**Ibrahim Abdullah JABBAR,**
**Plaintiff—Appellant,**

v.

**C.T. WOODY, Sheriff; Capt. Robinson, Medical Dept. Sup.; Dr. Furman, Head Doctor, RCJ; Deputy Harris, Mailroom; Nurse Ford, Medical Dept. RCJ; Sgt. Jones, Grievance Coordinator; Lt. Colonel Burnett, Jail Opera-** tions; **Maj. Robinson, Medical Dept. Supervisor; Capt. McRea, Jail Operations RCJ; Chaplain Pruitt, Under Sheriff, RCJ, Defendants—Appellees.**

No. 10–7506.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 20, 2011.

Decided: Dec. 22, 2011.

Ibrahim Abdullah Jabbar, Appellant Pro Se. Thomas Douglas Lane, Thompson McMullan PC, Richmond, Virginia, for Appellees.

Before MOTZ, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ibrahim Abdullah Jabbar appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2006) complaint.* We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jabbar v. Woody*, No. 1:09–cv–00246–TSE–TCB (E.D. Va. filed Sept. 29, 2009 & entered Sept. 30, 2009); 2010 WL 3671155 (filed Sept. 9, 2010 & entered Sept. 10, 2010). We dispense with oral argument because the facts and legal contentions are

---

* Jabbar filed an untimely notice of appeal. This court subsequently remanded this case to the district court for a determination as to whether Jabbar was entitled to a reopening of the appeal period under Fed. R.App. P. 4(a)(6). *See Jabbar v. Woody*, 432 Fed.Appx. 224 (4th Cir.2011) (unpublished). Because the district court found that Jabbar is entitled to the benefit of Rule 4(a)(6), we address the appeal on the merits.